# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

ZAFER A. AKIN *                                                                GULSAH SENOL*
EMRE M. POLAT *                                                                GARIMA VIR*
ROBERT SALAMAN *
-----------------------------------                                            -------------------------
*  Admitted NY & NJ Bars

May 26, 2021

<u>Via ECF</u>

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Derrel Keddo v. G.O & B. LLC d/b/a International House of Pancakes, et al.*
     Case No. 21-CV-01875 (LJL)

Dear Judge Liman:

  Our office represents Plaintiff Derrel Keddo in this matter. After reviewing Defendants' Motion to Compel Arbitration with our client, along with the Arbitration Agreement, Plaintiff consents to voluntarily withdrawing his claims from court and proceeding in Arbitration.

  We thank the Court for its time and attention to this matter.

         Very truly yours,

         **Akin Law Group PLLC**

         */s/ Robert D. Salaman*
         _____
         Robert D. Salaman

cc:  Counsel for Defendants
   (via ECF)

Given the parties' agreement to submit the claims to arbitration, the motion to compel arbitration is DENIED as MOOT. Dkt. No. 22. The Clerk of Court is respectfully directed to close Dkt. No. 22.

As Defendants have requested a stay of the proceedings, the case will remain STAYED during the arbitration proceedings. *See Katz v. Cellco Partnership*, 794 F.3d 341, 347 (2d Cir. 2015) ("[T]he FAA mandate[s] a stay of proceedings when all of the claims in an action have been referred to arbitration and a stay [is] requested.")

SO ORDERED.  6/2/2021.

_____
LEWIS J. LIMAN
United States District Judge