```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
DERREL KEDDO,                                                   :
                                                                :
                                    Plaintiff,                  :
                                                                :        21-cv-1875 (LJL)
             -v-                                                :
                                                                :             ORDER
G.O & B. LLC d/b/a INTERNATIONAL HOUSE OF                       :
PANCAKES, et al.,                                               :
                                                                :
                                    Defendants.                 :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2021

LEWIS J. LIMAN, United States District Judge:

On June 2, 2021, the Court stayed this case during arbitration proceedings. Dkt. No. 27. The parties are directed to provide a joint status update letter on the arbitration proceedings by October 22, 2021.

SO ORDERED.

Dated: October 8, 2021
       New York, New York

                                                          _____
                                                          LEWIS J. LIMAN
                                                          United States District Judge